Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Oswaldo F Querales Castillo.

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

States Florida.
(adj)

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Oswaldo F Querales Castillo |
| Address | 321 Sw 20 Th Road |
| | Miami, FL 33129 |
| | *City / State / Zip Code* |
| County | EE.UU |
| Telephone Number | 786503365 |
| E-Mail Address | Querales.Oswaldo@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Katherine Fernandez Rundle |
| Job or Title *(if known)* | Office of Miami-Dade State Attorney |
| Address | 1350 NW 12th Ave. |
| | Miami, FL 33136 |
| | *City / State / Zip Code* |
| County | EE.UU |
| Telephone Number | (305) 547-0100 |
| E-Mail Address *(if known)* | katherinefernandezrundle@miamisao.com |

☐ Individual capacity   ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Miami Police Department |
| Job or Title *(if known)* | Aguilera, Orlando (Executive Officer), Art.Acevedo@miami-police.o |
| Address | 400 NW 2nd Ave, Miami, FL 33128 |
| | Miami, Fl 33128 |
| | *City / State / Zip Code* |
| County | EE.UU |
| Telephone Number | (305) 603-6640 |
| E-Mail Address *(if known)* | 42636@miami-police.org |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
Name: The City Of Miami, Panel de Investigación Civil (CIP)
Job or Title (if known): Cristina Beamud
Address: Miami Riverside Center (MRC) 444SW 2nd Ave
Miami, FL 33130
City / State / Zip Code
County: EE.UU
Telephone Number: 305-960-4952
E-Mail Address (if known): cbeamud@miamigov.com

[ ] Individual capacity   [✓] Official capacity

Defendant No. 4
Name: Consuner Finance
Job or Title (if known): Dave Uejio
Address: 1700 G st. NW
Washintong, Dc 20552
City / State / Zip Code
County: EE.UU
Telephone Number: 8554112372
E-Mail Address (if known): CFPB_LITIGATION@cfpb.gov

[ ] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
· Civil and political law, Right to life, Personal integrity right,Right to liberty (deprivation of liberty) before the Court; Deportation or forced transfer of population, Right to Honor, privacy and information, Right to the administration of Justice,Asylum, nationality, migration and foreigners,Right of detainees and defendants in criminal proceedings, Law in relation to Employment,Rights of Victims of Human Rights Violations,Principles relating to effective prevention and investigation of extralegal, arbitrary or summary

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

18 U.S. Code § 241 AND 18 U.S. Code § 242 (June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90 – 284, title I, §?103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100 – 690, title VII, §?7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103 – 322, title VI, §?60006(a), title XXXII, §§?320103(a), 320201(a), title XXXIII, §?330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104 – 294, title VI, §§?604(b)(14)(A), 607(a)]

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

According to a statement from the Chief of Police dated 05-13-2021 "Supposed Probable Reason" Honorable Katherine Fernandez ACCUSES me of alleged evidence never presented 01-25-2019, about fraudulent acts that I never committed,Immigration hold detention for Ice 01-07-2019.Ask Consumer Finance for help to mediate with the Check company and those of the credit bureau. Since the aforementioned companies in an irresponsible way violating my privacy by providing security reports, BATTERY CRIME resulting in Mass Dismissal

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Abuse of Authority, Police abuse, Discrimination to access to Justice, Deprivation of Liberty, inefficiency of the Investigation, coercion of the Constitution and the law to exercise, treatment with hatred and cruelty for having me more than 8 hours handcuffed, Kidnapping since They gave my family wrong information about my location, corruption judicial system

B. What date and approximate time did the events giving rise to your claim(s) occur?
Police department 06-26-2919 to 07-13-2019 detention.
Discrimination from 06-26-2019 to the present Date, discrimination to opt for any job, rent, equal Justice.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
The constitutional guarantees granted both to me and to my two minor Daughters were violated.
as a result of this bad deportation process (currently defending her)
I was fired from all the insurance companies that I mediated with.
Absolutely all my rights have been discriminated against, both for access to justice and for my demand that my constitutional guarantees be restored.
I have been denied access to the profiles of my Daughters by order of a prosecutor for these false accusations, Department of Family and Children
I have been exposed by Networks and Television, about these facts exposing myself to public derision UNJUSTLY being continually embarrassed.
My health seriously affected, I have been operated on for a serious anal fissure due to stress and poor food intake in this hard process, the 3 weeks detained by ICE.AGAIN DISRESPECTING THE LAW with my Initial Protection Request and the reconversion of this as a result of the false reports named " WITHOUT JUST CAUSE" opened a third Case exp 2019-019919-FC-04.
I feel harassed by the Police Dep they really make me feel outside of my house

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am a Hepatic patient, "Hepatitis B" I take a medicine called TRUVADA, also known as PREP, Pre-exposure HIV that during the 3 weeks I was detained by Ice, it was not given to me no matter how much I request it, since it is the one that controls my liver enzymes.
Added to the stress, the poor intake of food and drink, the only thing I did was cry for the injustice lived.
For the decision without just cause presented before the Honorable Immigration Judge, they granted me Bail.
He left with a bleeding that was aggravated by a hospital emergency on 12-24-2019, being operated on 02-13-2020.
An extremely painful recovery that was complicated by a fluid retention, I was hospitalized again.
I really believed that I was going to die, for the emotional part my nights are joined with the days.
Hoping to get out of this, I feel nervous, anxious, and repeatedly experience panic attacks.
I owe justice and truth to my Faith, if for the love of MY TWO DAUGHTERS YOU MADE ME GO THROUGH THIS, GOD BLESS YOU; I'M ALWAYS GOING TO WANT THE 3 TO BE WELL, I WOULD NEVER ATTEMPT AGAINST THEM.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request respect for the Constitution of the United States of North America, treaties and Agreements signed on Civil Rights, Immediately accuse me if Protective measures against this Police Department are possible. I feel harassed at home, they really make themselves felt.If my presence is not Pleasant for this Country, let me know, rest assured that I have the Education to know how to withdraw. I am not a criminal, I do not want to feel like a " THING" again. I am not aliens, I feel I suffer and I have a heart.I request that you consider imposing Criminal Charges on the Official who Unjustly Arrested me with the appearance of Law, Do not allow them to do more harm to Innocent citizens. They didn't kill me, but civilly and emotionally I feel devastated.I apologize I never thought going through this at home. They taught me not to disturb someone else's home.I request to be inspected in detail "The Miami-Dade County judicial system" is notorious for discrimination.I went to some Diversion classes: Which I took for anal bleeding and for not exposing myself to a Manipulated Court that arrested me being Innocent, that is not law, nor is it normal for me.In those classes more than 90% were Innocents. I apologize, I do not intend to interfere in your Legislation.I called those classes the Class of Battered Men.There was a case of a Colombian boy, he had 3 One-Eye operations, a very strong situation !! and he was Arrested and charged with Violence.That is not Justice that is called Discrimination, there is Domestic Violence in Men, I lived 11 years in a relationship of Violence, taking blows and insults where the last thing that I Express myself being in Vzla.It was that I was worth more Dead than Alive, with an extramarital relationship with a Vargas State Police and yet I fell again, again I was his Victim, no matter how much I seek protection in Justice, I was denied.(Listen to the Civil court, Statement of Mr. Ivan Lopez)Be Fair with Justice, God Bless Her! Do not allow more innocents to go through this, there are processes that mark Lives. My respects, request an end to the Harassment I need to feel at peace, thank you.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    07/14/2021

Signature of Plaintiff    *[signature]*
Printed Name of Plaintiff    Oswaldo Querales

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                                   *City*         *State*     *Zip Code*
Telephone Number
E-mail Address